| AO 10 Rev. 1/2013 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2012 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) Cook, Deborah L. | 2. Court or Organization U.S. Court of Appeals, 6th Cir | 3. Date of Report 05/09/2013 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. Circuit Judge - Active | 5a. Report Type (check appropriate type) ☐ Nomination  Date ☐ Initial  ☑ Annual  ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2012 to 12/31/2012 |

**7. Chambers or Office Address**

433 U.S. Courthouse
2 South Main Street
Akron, Ohio 44308

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.  Trustee | Collegescholars, Inc |
| 2.  Board Member | Cleveland Catholic Foundation |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ **NONE** *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2009 | I am eligible for State of Ohio retirement benefits |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cook, Deborah L. | 05/09/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cook, Deborah L. | 05/09/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cook, Deborah L.. | 05/09/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. National City Bank Account | A | Interest | K | T | | | | | |
| 2. Trust 1 | E | Int./Div. | P1 | T | | | | | |
| 3. - Morgan Stanley Bank Deposit Money Market | | | | | | | | | |
| 4. - SPDR Gold Tr Gold Shares ETF | | | | | | | | | |
| 5. - SPDR Gold Tr Gold Shares ETF | | | | | Donated (part) | | | | |
| 6. - SPDR Gold Tr Gold Shares ETF | | | | | Donated (part) | | | | |
| 7. - American Muni Pwr Inc OH Comb Hydroelectric Proj Ref | | | | | | | | | |
| 8. - Ohio St Hosp Rev-B Cleveland Clinic Health Sys Muni Bond | | | | | | | | | |
| 9. - Univ Akr Be Muni Bond | | | | | | | | | |
| 10. - Bank of America Corporate Bond | | | | | | | | | |
| 11. - Goldman Sachs Corporate Bond | | | | | | | | | |
| 12. - Bowling Green Rcpt Muni Bond | | | | | | | | | |
| 13. - Ford Motor Company Common | | | | | | | | | |
| 14. - Hamilton Cnty Ohio Sales Tax Muni Bond | | | | | | | | | |
| 15. - Bowling Green Ohio City Sch Dist Muni Bond | | | | | | | | | |
| 16. - Cleveland Ohio Genl Oblig Muni Bond | | | | | | | | | |
| 17. - Ohio St Hosp Fac Rev Muni Bond | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cook, Deborah L. | 05/09/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - Ohio St Univ Gen Recpts Rev-A TV3 | | | | | Buy | 3/12/12 | J | | |
| 19. - Ohio St Univ Gen Rctps A SL6 | | | | | Buy | 3/12/12 | K | | |
| 20. - Ohio St Univ Gen Rctps Rev A UM1 | | | | | Buy | 3/12/12 | L | | |
| 21. IRA 1 | E | Int./Div. | P1 | T | | | | | |
| 22. - Morgan Stanley Deposit Money Market | | | | | | | | | |
| 23. - SPDR Gold Tr Gold ETF | | | | | | | | | |
| 24. - SPDR Gold Tr Gold ETF | | | | | Buy (add'l) | 5/17/12 | M | | |
| 25. - Morgan Stanley Corp Bond | | | | | | | | | |
| 26. - United States Treasury Note Inflation Indexed | | | | | | | | | |
| 27. - United States Treasury Note Inflation Indexed | | | | | | | | | |
| 28. - Apple Inc Common | | | | | | | | | |
| 29. - Apple Inc Common | | | | | Buy (add'l) | 7/26/12 | M | | |
| 30. - Apple Inc Common | | | | | Buy (add'l) | 9/27/12 | M | | |
| 31. - United States Treasury Note Inflation Indexed | | | | | | | | | |
| 32. - Google Inc Common | | | | | | | | | |
| 33. - MS ETN - Market Vectors Double Short Eur | | | | | Buy | 5/17/12 | L | | |
| 34. - MS ETN - Market Vectors Double Short Eur | | | | | Sold | 9/13/12 | L | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cook, Deborah L. | 05/09/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - American Capital Agency | | | | | Buy | 8/1/12 | M | | |
| 36. - Goodyear Tire and Rubber Bond | | | | | Buy | 3/23/12 | M | | |
| 37. - Unit First Trust Dow Target 10 Jan 2012 | | | | | Buy | 01/06/12 | K | | |
| 38. - Unit First Trust Dow Target 10 Jan 2012 | | | | | Buy (add'l) | 02/27/12 | J | | |
| 39. - Unit First Trust Dow Target 10 Jan 2012 | | | | | Buy (add'l) | 3/25/12 | J | | |
| 40. - Unit First Trust Dow Target 10 Jan 2012 | | | | | Buy (add'l) | 4/25/12 | J | | |
| 41. - Unit First Trust Dow Target 10 Jan 2012 | | | | | Buy (add'l) | 5/25/12 | J | | |
| 42. - Unit First Trust Dow Target 10 Jan 2012 | | | | | Buy (add'l) | 6/25/12 | J | | |
| 43. - Unit First Trust Dow Target 10 Jan 2012 | | | | | Buy (add'l) | 7/25/12 | J | | |
| 44. - Unit First Trust Dow Target 10 Jan 2012 | | | | | Buy (add'l) | 8/25/12 | J | | |
| 45. - Unit First Trust Dow Target 10 Jan 2012 | | | | | Buy (add'l) | 9/25/12 | J | | |
| 46. - Unit First Trust Dow Target 10 Jan 2012 | | | | | Buy (add'l) | 10/25/12 | J | | |
| 47. - Unit First Trust Dow Target 10 Jan 2012 | | | | | Buy (add'l) | 11/25/12 | J | | |
| 48. Real Estate Partnership, Akron, Ohio (Y) | | | | | | | | | |
| 49. Installment note holding industrial as collateral | E | Interest | N | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cook, Deborah L. | 05/09/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part I - Collegescholars, Inc is a charitable trust. The trust assets are held to fund college tuition for students in a mentored scholarship program.

Part VII - Line 48 - In 2012 the building held by the partnership was facing forclosure. The general partner negotiated a sale of the building and it was sold inside the partnership for the amount of the debt. No money was received by the partners in this transaction. The partnership was closed as it no longer held any assets.

Part VII - Line 49 - In 2007 an industrial building in Akron Ohio was sold via an installment sale. Interest and principal payments are received on this asset and the note is secured by the building. This asset is not part of the partnership on line 48.

| Name of Person Reporting | Date of Report |
|---|---|
| Cook, Deborah L. | 05/09/2013 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Deborah L. Cook**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544